IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **DENNIS GENE WELCH, JR.,** | : | |
| Petitioner | : | |
| VS. | : | CIVIL NO. 7:13-CV-0035-HL-TQL |
| Warden **CARL HUMPHREY,** | : | |
| Respondent | : | |

**ORDER**

Petitioner Dennis Gene Welch, Jr., a state prisoner currently confined at the Georgia Diagnostic and Classification Prison, filed an application for writ of habeas corpus under 28 U.S.C. § 2254. Because it appeared, on the face of the application, that Petitioner failed to exhaust his state remedies prior to filing suit in federal court, the United States Magistrate Judge entered an Order (ECF No. 9) on April 3, 2013, requiring Plaintiff to supplement his Petition with information about any direct appeal or state habeas corpus action that he has filed. When Petitioner failed to comply with the April 3, 2013, order within the time allotted, the United States Magistrate Judge ordered Petitioner to respond and show cause why his application for writ of habeas corpus should not be dismissed for failure to comply and/or failure to exhaust. (See Order, May 20, 2013, ECF No. 10). The time for responding to the Order to Show Cause has now passed, and Petitioner has again failed to respond to an order of this Court.

Petitioner's failure to respond leads this Court to believe that he is no longer interested pursuing this action. For this reason and because of Petitioner's repeated failure to comply with

1

the Court's instructions and failure to prosecute, Petitioner's application for habeas corpus relief is hereby **DISMISSED** without prejudice.

   **SO ORDERED**, this 19th day of July, 2013.

            *s/ Hugh Lawson*
            HUGH LAWSON
            UNITED STATES DISTRICT COURT

jlr